## United States District Court for the Northern District of Illinois

Case Number: 08CV2902         Assigned/Issued By: DAJ

Judge Name: DOW         Designated Magistrate Judge: DENLOW

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00         Receipt #: 2789141

Date Payment Rec'd: 05/19/08         Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

1 Original and 0 copies on 05/19/08 as to DEF.
                              (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05