IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT T. ALMY, on behalf of himself and all other persons similarly situated known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>KICKERT SCHOOL BUS LINE, INC.,<br><br>Defendant. | Case No. 08 C 2902<br><br>Judge Dow, Jr. |

## NOTICE OF FILING

TO:   Harry Sangerman
        Sangerman & Gilfillan, P.C.
        1854 N. Burling Street
        Chicago, IL  60614

**PLEASE TAKE NOTICE** that on June 5, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Notice of Consent to Become a Party Plaintiff in a Collective Action Under the Fair Labor Standards Act** for the following persons:

Gurin, Barbara S.

Johnson, Jeanette

Krutul, Josephine

Rice, Chrysse

Zupan, Mark

Respectfully submitted,

s/Douglas M. Werman
Douglas M. Werman (ARDC #6204740)
Maureen A. Bantz  (ARDC# 6289000)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008
Attorneys for Plaintiffs

# NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

*(This form must be completed in ink, not pencil.)*

By my signature below I represent to the Court that I have worked for Kickert Bus Lines, Inc., during the last three (3) years, and that there were weeks in which I worked over forty (40) hours when I did not receive overtime pay.

MY NAME IS: __BARBARA S. GURIN__
*Please Print Name*

YOUR SIGNATURE: __Barbara Gurin__
*Please Sign Name*

DATE ON WHICH I SIGNED THIS NOTICE: __5/6/08__
*Today's Date*

**Counsel for Plaintiff:**    Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312-419-1008

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

*(This form must be completed in ink, not pencil.)*

By my signature below I represent to the Court that I have worked for Kickert Bus Lines, Inc., during the last three (3) years, and that there were weeks in which I worked over forty (40) hours when I did not receive overtime pay.

MY NAME IS: _Jeanette Johnson_
Please Print Name

YOUR SIGNATURE: _Jeanette Johnson_
Please Sign Name

DATE ON WHICH I SIGNED THIS NOTICE: _5-8-08_
Today's Date

**Counsel for Plaintiff:** Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312-419-1008

# NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

*(This form must be completed in ink, not pencil.)*

By my signature below I represent to the Court that I have worked for Kickert Bus Lines, Inc., during the last three (3) years, and that there were weeks in which I worked over forty (40) hours when I did not receive overtime pay.

MY NAME IS: _Jo Krutul_
*Please Print Name*

YOUR SIGNATURE: _[signature]_
*Please Sign Name*

DATE ON WHICH I SIGNED THIS NOTICE: _5-6-008_
*Today's Date*

**Counsel for Plaintiff:**    Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312-419-1008

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

*(This form must be completed in ink, not pencil.)*

By my signature below I represent to the Court that I have worked for Kickert Bus Lines, Inc., during the last three (3) years, and that there were weeks in which I worked over forty (40) hours when I did not receive overtime pay.

MY NAME IS: _Chrysse Rice_
Please Print Name

YOUR SIGNATURE: _Chrysse Rice_
Please Sign Name

DATE ON WHICH I SIGNED THIS NOTICE: _5/5/08_
Today's Date

**Counsel for Plaintiff:**   Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312-419-1008

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

*(This form must be completed in ink, not pencil.)*

By my signature below I represent to the Court that I have worked for Kickert Bus Lines, Inc., during the last three (3) years, and that there were weeks in which I worked over forty (40) hours when I did not receive overtime pay.

MY NAME IS:      *Mark Zupan*
*Please Print Name*

YOUR SIGNATURE:      *Mark Zupan*
*Please Sign Name*

DATE ON WHICH I SIGNED THIS NOTICE:      5-6-08
*Today's Date*

**Counsel for Plaintiff:**      Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312-419-1008

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that true and correct copies of the foregoing **Notices of Consent to Become a Party Plaintiff in a Collective Action Under the Fair Labor Standards Act of Barbara S. Gurin, Jeanette Johnson, Josephine Krutul, Chrysse Rice, and Mark Zupan** were served via regular U.S. mail on June 5, 2008 on:

Harry Sangerman
Sangerman & Gilfillan, P.C.
1854 N. Burling Street
Chicago, IL  60614


s/Douglas M. Werman
Douglas M. Werman