IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT T. ALMY, on behalf of himself and all other persons similarly situated known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>KICKERT SCHOOL BUS LINE, INC.,<br><br>Defendant. | Case No. 08 C 2902<br><br>Judge Dow, Jr. |

## NOTICE OF FILING

TO:  Harry Sangerman
     Sangerman & Gilfillan, P.C.
     1854 N. Burling Street
     Chicago, IL 60614

**PLEASE TAKE NOTICE** that on June 6, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Notices of Consent to Become a Party Plaintiff in a Collective Action Under the Fair Labor Standards Act** for the following persons:

Chavez, Mary H.

Martisek, Rosann

Peck, Cindy

Piotrowski, Richard A.

                                        Respectfully submitted,

                                        s/Douglas M. Werman
                                        Douglas M. Werman (ARDC #6204740)
                                        Maureen A. Bantz (ARDC# 6289000)
                                        Werman Law Office, P.C.
                                        77 W. Washington, Suite 1402
                                        Chicago, Illinois 60602
                                        (312) 419-1008
                                        Attorneys for Plaintiffs

# NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

*(This form must be completed in ink, not pencil.)*

By my signature below I represent to the Court that I have worked for Kickert Bus Lines, Inc., during the last three (3) years, and that there were weeks in which I worked over forty (40) hours when I did not receive overtime pay.

MY NAME IS:     __Mary H Chavez__
                                  *Please Print Name*

YOUR SIGNATURE:    __Mary H Chavez__
                                  *Please Sign Name*

DATE ON WHICH I SIGNED THIS NOTICE:    __5-6-08__
                                                          *Today's Date*

**Counsel for Plaintiff:**     Douglas M. Werman
                             Maureen A. Bantz
                             Werman Law Office, P.C.
                             77 W. Washington, Suite 1402
                             Chicago, Illinois 60602
                             312-419-1008

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

*(This form must be completed in ink, not pencil.)*

By my signature below I represent to the Court that I have worked for Kickert Bus Lines, Inc., during the last three (3) years, and that there were weeks in which I worked over forty (40) hours when I did not receive overtime pay.

MY NAME IS: _Cindy Peck_
*Please Print Name*

YOUR SIGNATURE: _Cindy Peck_
*Please Sign Name*

DATE ON WHICH I SIGNED THIS NOTICE: _5-6-8_
*Today's Date*

**Counsel for Plaintiff:**  Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312-419-1008

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

*(This form must be completed in ink, not pencil.)*

By my signature below I represent to the Court that I have worked for Kickert Bus Lines, Inc., during the last three (3) years, and that there were weeks in which I worked over forty (40) hours when I did not receive overtime pay.

MY NAME IS: ROSANN MARTISEK
*Please Print Name*

YOUR SIGNATURE: *Rosann Martisek*
*Please Sign Name*

DATE ON WHICH I SIGNED THIS NOTICE: 5/6/08
*Today's Date*

**Counsel for Plaintiff:** Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312-419-1008

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

*(This form must be completed in ink, not pencil.)*

By my signature below I represent to the Court that I have worked for Kickert Bus Lines, Inc., during the last three (3) years, and that there were weeks in which I worked over forty (40) hours when I did not receive overtime pay.

MY NAME IS: _R. A. Piotrowski_
Please Print Name

YOUR SIGNATURE: _Richard A. Piotrowski_
Please Sign Name

DATE ON WHICH I SIGNED THIS NOTICE: _5-8-08_
Today's Date

**Counsel for Plaintiff:**    Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312-419-1008

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that true and correct copies of the foregoing **Notices of Consent to Become a Party Plaintiff in a Collective Action Under the Fair Labor Standards Act of Mary H. Chavez, Cindy Peck, Rosann Martisek, and Richard A. Piotrowski** were served via regular U.S. mail on June 6, 2008 on:

> Harry Sangerman
> Sangerman & Gilfillan, P.C.
> 1854 N. Burling Street
> Chicago, IL  60614

> > s/Douglas M. Werman
> > Douglas M. Werman