## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT T. ALMY, on behalf of himself and all other persons similarly situated known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 2902 |
| v. | ) ) ) | Judge Dow, Jr. |
| KICKERT SCHOOL BUS LINE, INC., | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO:    Harry Sangerman
       Sangerman & Gilfillan, P.C.
       1854 N. Burling Street
       Chicago, IL  60614

**PLEASE TAKE NOTICE** that on June 9, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Notices of Consent to Become a Party Plaintiff in a Collective Action Under the Fair Labor Standards Act** for the following persons:

Norman, Yvonne E.

Raczak, Ronald

Respectfully submitted,

s/Douglas M. Werman
Douglas M. Werman (ARDC #6204740)
Maureen A. Bantz  (ARDC# 6289000)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008
Attorneys for Plaintiffs

---

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A
## COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

---

*(This form must be completed in ink, not pencil.)*

By my signature below I represent to the Court that I have worked for Kickert Bus Lines, Inc., during the last three (3) years, and that there were weeks in which I worked over forty (40) hours when I did not receive overtime pay.

MY NAME IS:                                    Yvonne E. Norman
                                                *Please Print Name*

YOUR SIGNATURE:                               *Please Sign Name*

DATE ON WHICH I SIGNED THIS NOTICE:           5 7 08
                                                *Today's Date*

**Counsel for Plaintiff:**          **Douglas M. Werman**
                                    **Maureen A. Bantz**
                                    **Werman Law Office, P.C.**
                                    **77 W. Washington, Suite 1402**
                                    **Chicago, Illinois 60602**
                                    **312-419-1008**

**NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A
COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT**

*(This form must be completed in ink, not pencil.)*

By my signature below I represent to the Court that I have worked for Kickert Bus Lines, Inc.,
during the last three (3) years, and that there were weeks in which I worked over forty (40) hours
when I did not receive overtime pay.

MY NAME IS:                                    *Ronald Raczak*
                                               Please Print Name

YOUR SIGNATURE:                                *Ronald Raczak*
                                               Please Sign Name

DATE ON WHICH I SIGNED THIS NOTICE:            5-6-08
                                               Today's Date

**Counsel for Plaintiff:**          **Douglas M. Werman
                                    Maureen A. Bantz
                                    Werman Law Office, P.C.
                                    77 W. Washington, Suite 1402
                                    Chicago, Illinois 60602
                                    312-419-1008**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that true and correct copies of the foregoing **Notices of Consent to Become a Party Plaintiff in a Collective Action Under the Fair Labor Standards Act of Yvonne E. Norman and Ronald Raczak** were served via regular U.S. mail on June 9, 2008 on:

Harry Sangerman
Sangerman & Gilfillan, P.C.
1854 N. Burling Street
Chicago, IL  60614

s/Douglas M. Werman
Douglas M. Werman