AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Robert T. Almy, on behalf of himself and all other persons similarly situated known and unknown

CASE NUMBER: 08 cv 2902

V.

ASSIGNED JUDGE: JUDGE DOW, JR.

Kickert School Bus Line, Inc.

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE DENLOW

TO: (Name and address of Defendant)

Kickert School Bus Line, Inc.
c/o Reg. Agent, Anthony Benish
4845 W. 167th St., Suite 300
Oak Forest, IL 60452

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas M. Werman
Werman Law Office, P.C.
77 W. Washington Street, Suite 1402
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Jacqueline Halliman*
(By) DEPUTY CLERK

May 19, 2008
Date



| | | |
|---|---|---|
| **ClientCaseID:** JACQUELINE VIL<br>**Law Firm ID:** WERMAN | <br>*187499A* | **CaseReturnDate:** 6/28/08<br>**Affidavit of Special Process Sever** |

## UNITED STATES DISTRICT COURT

Case Number **08CV2902**

**I, ANNA CANOLE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **KICKERT SCHOOL BUS LINE**
PERSON SERVED **HELGAM DEJOHGHM, RECEPTIONIST**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **6/3/08**

THE SUBJECT STATED THAT SHE WAS AUTHORIZED TO ACCEPT THE DOCUMENTS. REGISTERED AGENT, ANTHONY BENISH, REQUESTS ORIGINAL DOCUMENTS ONLY; COPY LEFT.

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

**Sex** FEMALE  **Race** WHITE  **Age** 40
**Height** 5'3"  **Build** AVERAGE  **Hair** BROWN

**LOCATION OF SERVICE** 4845 W 167TH ST 300
OAK FOREST, IL, 60452

Date Of Service 6/3/08   Time of Service 10:15 AM

*Anna Canole*   6/3/2008
ANNA CANOLE
**Special Process Sever**
P.E.R.C.#129-203615

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

*Anna Canole*