NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　Case Number: 08CV2902
Robert T. Almy
　　v.
Kickert School Bus Line, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
　　　　　Kickert School Bus Lines, Inc.

| | |
|---|---|
| NAME (Type or print)　　Harry Sangerman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)　　s/ Harry Sangerman | |
| FIRM　　Sangerman & Gilfillan, P.C. | |
| STREET ADDRESS　　1854 N. Burling Street | |
| CITY/STATE/ZIP　　Chicago, IL 60614 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)　　2456877 | TELEPHONE NUMBER　　(312) 867-1234 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓　　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　　NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓　　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓　　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.　　RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |