IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT T. ALMY, on behalf of himself and all other persons similarly situated known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>KICKERT SCHOOL BUS LINE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)  Case No. 08 C 2902<br>)<br>)  Judge Dow, Jr.<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO:   Harry Sangerman
      Sangerman & Gilfillan, P.C.
      1854 N. Burling Street
      Chicago, IL 60614

**PLEASE TAKE NOTICE** that on July 9, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Notice of Consent to Become a Party Plaintiff in a Collective Action Under the Fair Labor Standards Act** for the following person:

Cannon, Donna

>                          Respectfully submitted,
>
>                          s/Douglas M. Werman
>                          Douglas M. Werman (ARDC #6204740)
>                          Maureen A. Bantz (ARDC# 6289000)
>                          Werman Law Office, P.C.
>                          77 W. Washington, Suite 1402
>                          Chicago, Illinois 60602
>                          (312) 419-1008
>                          Attorneys for Plaintiffs

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

*(This form must be completed in ink, not pencil.)*

By my signature below I represent to the Court that I have worked for Kickert Bus Lines, Inc., during the last three (3) years, and that there were weeks in which I worked over forty (40) hours when I did not receive overtime pay.

MY NAME IS: _Donna M. Cannon_
*Please Print Name*

YOUR SIGNATURE: _Donna M. Cannon_
*Please Sign Name*

DATE ON WHICH I SIGNED THIS NOTICE: _5-6-08_
*Today's Date*

**Counsel for Plaintiff:**     Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312-419-1008