**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT T. ALMY, on<br>behalf of himself and all other persons<br>similarly situated known and unknown,<br><br>     Plaintiff,<br><br>     v.<br><br>KICKERT SCHOOL BUS LINE, INC.,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08 C 2902<br><br>Judge Dow, Jr. |

**<u>NOTICE OF FILING</u>**

TO:     Harry Sangerman
        Sangerman & Gilfillan, P.C.
        1854 N. Burling Street
        Chicago, IL  60614

        **PLEASE TAKE NOTICE** that on July 14, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Joint Initial Status Report**, a copy of which is attached hereto.

                              Respectfully submitted,

                              s/Douglas M. Werman
                              Douglas M. Werman (ARDC #6204740)
                              Maureen A. Bantz  (ARDC# 6289000)
                              Werman Law Office, P.C.
                              77 W. Washington, Suite 1402
                              Chicago, Illinois 60602
                              (312) 419-1008

                              Attorneys for Plaintiffs