IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT T. ALMY, on behalf of himself and all other persons similarly situated known and unknown,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KICKERT SCHOOL BUS LINE, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　Case No. 08 C 2902<br>)<br>)　Judge Dow, Jr.<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:　Harry Sangerman
　　　Sangerman & Gilfillan, P.C.
　　　1854 N. Burling Street
　　　Chicago, IL  60614

　　　PLEASE TAKE NOTICE that on September 16, 2008, at 9:15 a.m., we shall appear before Judge Dow, in the Courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Agreed Motion to Approve Form of Notice to Similarly Situated Persons Pursuant to 29 U.S.C. §216(b)**, a copy of which is attached hereto and hereby served upon you.

Dated: September 8, 2008

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/Douglas M. Werman
　　　　　　　　　　　　　　　　　　　DOUGLAS M. WERMAN(#6204740)
　　　　　　　　　　　　　　　　　　　MAUREEN A. BANTZ (#6289000)
　　　　　　　　　　　　　　　　　　　Werman Law Office, P.C.
　　　　　　　　　　　　　　　　　　　77 W. Washington, Suite 1402
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　312/419-1008
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs