**COOK COUNTY SCHOOL BUS INC**
U.S. DOT #: 281691

Review Date: 06/27/2007

## Part B Violations

| 1 FEDERAL | Primary: 382.305(b)(1) | Discovered 1 | Checked 5 | Drivers/Vehicles In Violation 1 | Checked 5 |
|---|---|---|---|---|---|

**Description**
Failing to conduct random alcohol testing at an annual rate of not less than the applicable annual rate of the average number of driver positions.

**Example**
Calendar year 2006 average 45 driver positions required 5 random alcohol tests. Carrier performed 4 random alcohol tests.

| 2 FEDERAL CRITICAL | Primary: 382.305(b)(2) | Discovered 13 | Checked 23 | Drivers/Vehicles In Violation 13 | Checked 23 |
|---|---|---|---|---|---|

**Description**
Failing to conduct random controlled substances testing at an annual rate of not less than the applicable annual rate of the average number of driver positions.

**Example**
Calendar year 2006 average 45 driver positions required 23 random controlled substance tests. Carrier performed 10 random controlled substance tests.

**Safety Fitness Rating Information:**
- Total Miles Operated: 407,093
- Recordable Accidents: 1
- Recordable Accidents/Million Miles: 2.46

- OOS Vehicle (CR): 0
- Number of Vehicle Inspected (CR): 0
- OOS Vehicle (MCMIS): 0
- Number of Vehicles Inspected (MCMIS): 0

Your proposed safety rating is:

# SATISFACTORY

| Rating Factors | | Acute | Critical |
|---|---|---|---|
| Factor 1: | S | 0 | 0 |
| Factor 2: | C | 0 | 1 |
| Factor 3: | S | 0 | 0 |
| Factor 4: | S | 0 | 0 |
| Factor 5: | N | 0 | 0 |
| Factor 6: | S | - | - |

Corrective actions must be taken for any violations (deficiencies) identified on Part B of this report.

**COOK COUNTY SCHOOL BUS INC**
U.S. DOT #: 281691

Review Date: 06/27/2007

## Part B Requirements and/or Recommendations

1. This review will result in a Safety Rating.

2. Ensure that all drivers subject to pre-employment, random, reasonable cause, post accident, return to duty, and/or follow-up controlled substance testing are tested as required by 49 CFR Parts 40 and 382 of the FMCSR. Maintain all required testing records as required by 49 CFR Parts 40 and 382 of the FMCSR.

3. If you want some drivers to use the 100 air-mile radius exemption, make sure that the drivers meet all terms of the exemption, including being released from duty no more than 12 hours from when they report for duty. Logs must be prepared if a driver does not meet the 12 hour requirement.

   See requirement for exemptions in 395.1(e) for Short-haul operations.

4. Conduct periodic internal reviews of your maintenance, hazardous materials handling, driver qualification, hours of service control, accident reporting, training, and other safety systems to ensure continued compliance.

5. Within 30 days, send a letter to the FMCSA Illinois Division Office, 3250 Executive Park Drive, Springfield, IL, 62703, (217) 492-4608, fax (217) 492-4986 describing in detail what corrective actions you have taken in response to this review to ensure that you are complying with the Federal Motor Carrier Safety Regulations.

6. If you have any questions concerning this report, please contact the Federal Motor Carrier Safety Administration, 3250 Executive Park Drive, Springfield, IL, 62703, (217) 492-4608, fax (217) 492-4986

**U.S. Department of Transportation**
**Federal Motor Carrier Safety Administration**

400 Seventh St., S.W.
Washington, D.C. 20590

October 22, 2004

In reply refer to:
Your USDOT No.: 1257235

SHARON PIERLUISSI
GENERAL MANAGER
NORTH SHORE TRANSIT INC
4845 W 167TH STREET
OAK FOREST IL 60452

Dear SHARON PIERLUISSI:

This letter is to inform you that, based on the results of the Safety Audit conducted on your company on October 18, 2004, the Federal Motor Carrier Safety Administration (FMCSA) has determined that you may continue to operate within the United States.

However, the agency did observe deficiencies while conducting the audit and you are encouraged to take appropriate action(s) promptly to comply with the regulations specified below:

　　　　General Question 6 - Vehicle Marking Requirements, Section 390.21
　　　　Driver Question 3 - Driver Medical Certificates, Section 391.45(a), 391.45(b)
　　　　Driver Question 5 - Driver Qualification Files, Section 391.51(a)
　　　　Operations Question 13 - Disciplinary Policy, Section

Please contact your local FMCSA Division Administrator listed below if you have any questions concerning these deficiencies:

　　　　U.S. DEPARTMENT OF TRANSPORTATION
　　　　FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION
　　　　3250 EXECUTIVE PARK DRIVE
　　　　SPRINGFIELD, IL 62703
　　　　Telephone No.: 217-492-4608

You are reminded that as a "New Entrant," the FMCSA will continue to evaluate your safety management practices and monitor your on-road performance prior to granting you permanent USDOT registration. You must maintain minimum safety standards in order to continue operating in interstate commerce during and after the 18-month period. Failure to comply with Federal Motor Carrier Safety Regulations (FMCSRs) and applicable Hazardous Materials Regulations (HMRs) may result in the revocation of your USDOT registration.

If you have any questions concerning your New Entrant Status, please call the FMCSA Information Systems Division at (202) 366-4023.

Sincerely,

Charles A. Horan, III
Director, Office of Enforcement and Compliance



EXHIBIT 3



U.S. Department
of
Transportation

**Federal Motor Carrier Safety Administration**

400 Seventh St., S.W.
Washington, D.C. 20590

May 17, 2007
In reply refer to:
Your USDOT No.: 76786
Review No.: 556261/CR

JOHN BENISH, JR.
CHIEF OPERATING OFFICER
ILLINOIS SCHOOL BUS COMPANY INC
COOK IL CORP
13939 CICERO AVE
MIDLOTHIAN IL 60445-1828

Dear JOHN BENISH, JR.:

The proposed motor carrier safety rating for your company is:

                           CONDITIONAL

This proposed CONDITIONAL rating is the result of an onsite compliance review and evaluation of your safety fitness completed on May 14, 2007. A CONDITIONAL rating indicates that your company does not have adequate safety management controls in place to ensure compliance with the safety fitness standard that could result in occurrences of violations listed in 49 C.F.R. 385.5(a-k).

This proposed CONDITIONAL rating becomes a final rating and goes into effect on July 2, 2007.

Immediate action must be taken to correct any deficiencies or violations discovered during the compliance review. Your operation was found to be deficient with respect to the applicable safety regulations in the following areas:

        Part 391    QUALIFICATIONS OF DRIVERS
        Part 396    INSPECTION, REPAIR AND MAINTENANCE
        Part 382    CONTROLLED SUBSTANCE AND ALCOHOL USE AND TESTING
        Part 395    HOURS OF SERVICE OF DRIVERS

Please refer to the copy of the compliance review left at your office for more specific guidance regarding areas in need of corrective action.

You may obtain further information from the local Federal Motor Carrier Safety Administration office listed below:

        U.S. Department of Transportation
        Federal Motor Carrier Safety Administration
        3250 EXECUTIVE PARK DRIVE
        SPRINGFIELD, IL 62703
        Telephone No.: 217-492-4608

Charles A. Horan, III
Director, Office of Enforcement and Compliance



EXHIBIT A